```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 31681
   LINDA C BELL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5548


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/25/2004 and was confirmed 10/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  23.05% from remaining funds.

     The case was paid in full 09/21/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            500.00        25.98        500.00
AMERICAN GENERAL FINANCE   UNSECURED         1607.56          .00        370.51
AMERICAN GENERAL FINANCE   NOTICE ONLY     NOT FILED          .00           .00
GREAT AMERICAN FINANCE     SECURED               .00          .00           .00
GREAT AMERICAN FINANCE     UNSECURED         2125.36          .00        489.85
ECAST SETTLEMENT CORP      UNSECURED         2778.93          .00        640.49
OSI COLLECTION SERVICES    NOTICE ONLY     NOT FILED          .00           .00
CERTEGY                    UNSECURED       NOT FILED          .00           .00
COTTAGE EMERGENCY PHYSIC   UNSECURED       NOT FILED          .00           .00
SHERMAN ACQUISITION        UNSECURED OTH     983.07           .00        226.60
SPIEGEL                    UNSECURED       NOT FILED          .00           .00
REGIONAL ADJUSTMENT BURE   NOTICE ONLY     NOT FILED          .00           .00
ECMC                       UNSECURED         11749.90         .00       2708.12
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00           .00
FORD MOTOR CREDIT          UNSECURED       NOT FILED          .00           .00
BOWMAN HEINTZ BOSCIA & M   NOTICE ONLY     NOT FILED          .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED       NOT FILED          .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                        438.45
DEBTOR REFUND              REFUND                                         180.30

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  8,280.30

PRIORITY                                         .00
SECURED                                       500.00
    INTEREST                                   25.98
UNSECURED                                   4,435.57
ADMINISTRATIVE                              2,700.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 31681 LINDA C BELL
```

```
TRUSTEE COMPENSATION                                              438.45
DEBTOR REFUND                                                     180.30
                                      ----------------    ----------------
TOTALS                                        8,280.30            8,280.30
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/03/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
         CASE NO. 04 B 31681 LINDA C BELL